308

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. VINCENT L. JOHNSON a/k/a EARL JOHNSON a/k/a ELVIN COOK a/k/a JESS PITMAN a/k/a JESSIE STOKES a/k/a EARL GOODMAN, Defendant-Appellant.

(No. 71-160; 

Second District—March 8, 1972.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.